IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RORY MCKELLIPS,

    Petitioner,

  v.

DAN WINKLESKI,

    Respondent.

Case No.  17-cv-428-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Rory McKellips' petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | April 26, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |